UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLY MYERS | CIVIL ACTION NO. 05-1419 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DOLGENCORP, INC. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 27) filed by the defendant, Dolgencorp, Inc., be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 13th day of November, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE